PROB 34
(Rev. 5/01)

# Report and Order Terminating Supervised Release

## UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

WEN YUAN LIN

CRIMINAL CASE NO. 01-00044-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **July 5, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

RECEIVED
AUG - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Karon V. Johnson, AUSA
    Kathleen Maher, Defense Counsel
    Guam Bureau of Immigration and Customs Enforcement
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 7th day of August 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

ORIGINAL